# CASE ANNOUNCEMENTS

*February 14, 2014*

[Cite as *02/14/2014 Case Announcements*, 2014-Ohio-514.]

## MOTION AND PROCEDURAL RULINGS

**2013–1874.   In re Application of Champaign Wind, L.L.C.**
Power Siting Board, No. 12–160–EL–BGN. This cause is pending before the court as an appeal from the Power Siting Board.

Upon consideration of the motion for leave to intervene as appellee of Champaign Wind, L.L.C., it is ordered by the court that the motion is granted.

**2013–1968.   State v. Thompson.**
Montgomery App. No. 25658, 2013-Ohio-4825. This cause is pending before the court as a jurisdictional appeal.

Upon consideration of appellee's motion to strike the notice of appeal and memorandum in support of jurisdiction, it is ordered by the court that the motion is denied. It is further ordered that appellee may file a memorandum in response to jurisdiction within 15 days of the date of this entry.

**2014–0008.   In re Complaint of Allied Erecting & Dismantling Co., Inc. v. Ohio Edison Co.**
Public Utilities Commission, No. 07–905–EL–CSS. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio.

Upon consideration of the motion for leave of Ohio Edison Company to intervene as appellee, it is ordered by the court that the motion is granted.

# CASE ANNOUNCEMENTS

*February 18, 2014*

[Cite as *02/18/2014 Case Announcements*, 2014-Ohio-543.]

## MOTION AND PROCEDURAL RULINGS

**2013–1787.   Deutsche Bank Natl. Trust Co. v. Taylor.**
Summit App. No. 26626, 2013-Ohio-4278. This cause is pending before the court as an appeal from the Court of Appeals for Summit County.

Upon consideration of appellee's motion to strike the notice of appeal and memorandum in support of jurisdiction, it is ordered by the court that the motion is denied. It is further ordered that appellee may file a memorandum in response to jurisdiction within 30 days of the date of this entry.

**2014–0008.   In re Complaint of Allied Erecting & Dismantling Co., Inc. v. Ohio Edison Co.**
Public Utilities Commission, No. 07–905–EL–CSS. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio.

Upon consideration of the motion for admission pro hac vice of Timothy Berkebile, it is ordered by the court that the motion is granted. Pursuant to Gov.Bar R. XII(4), counsel shall file a notice of permission to appear pro hac vice with the Supreme Court's Office of Attorney Services within 30 days of the date of this entry.